JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SAM JAVID VIERA,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | No. CV 13-1529-JGB (PLA)<br><br>**JUDGMENT** |

    Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: March 21, 2016

                                              HONORABLE JESUS G. BERNAL
                                              UNITED STATES DISTRICT JUDGE